# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

XANDER FLORENTINO,

    Petitioner,

v.                                                                                 CV 13-0039 RB/WPL

RAY TERRY,

    Respondent.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition ("PFRD"), filed March 28, 2013. (Doc. 9.) The parties were notified that objections were due within fourteen days of service of the PFRD and that if no objections were filed, no appellate review would be allowed. To this date, no objections have been filed.

IT IS THEREFORE ORDERED that:

1) the PFRD is adopted as an order of the Court;

2) Ray Terry's Motion to Dismiss (Doc. 8) is granted;

3) the Petition for a Writ of Habeas Corpus for 2241 Relief (Doc. 1) is dismissed with prejudice; and

4) a certificate of appealability is denied.

_____
ROBERT C. BRACK
UNITED STATES DISTRICT JUDGE